UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIX CRUZ MARTINEZ,                        )          1:06-CV-0656 AWI WMW HC
                                            )
          Petitioner,                       )
                                            )          ORDER GRANTING EXTENSION OF
     v.                                     )          TIME TO AMEND TRAVERSE
                                            )          NUNC PRO TUNC
WARDEN L. E. SCRIBNER,                      )
                                            )          (DOCUMENT #10)
          Respondent.                       )
_____)

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 20, 2007, petitioner filed a motion to extend time to resubmit his traverse.   Inasmuch as petitioner filed his traverse on July 12, 2007, and good cause having been presented to the court,  IT IS HEREBY ORDERED that:

     Petitioner's  motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:    August 8, 2007**                    _____/s/  **William M. Wunderlich**_____
                                                UNITED STATES MAGISTRATE JUDGE