1

2

3

4            IN THE UNITED STATES DISTRICT COURT FOR THE

5                    EASTERN DISTRICT OF CALIFORNIA

6

7    FELIX CRUZ MARTINEZ,                )    1:06-CV-00656 AWI JMD HC
                                         )
8            Petitioner,                 )    ORDER GRANTING PETITIONER'S
                                         )    MOTION FOR EXTENSION OF TIME TO
9        v.                              )    FILE OBJECTIONS TO FINDINGS AND
                                         )    RECOMMENDATION
10   WARDEN L.E.. SCRIBNER               )
                                         )    (DOCUMENT #19)
11           Respondent.                 )
                                         )
12   _____ )

13       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

14   U.S.C. § 2254.

15       On November 24, 2008, Petitioner filed a motion to extend time to file objections to the

16   findings and recommendation.  Good cause having been presented to the court and GOOD

17   CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

18       Petitioner's Objections to Magistrate Judge's Findings and Recommendation shall be

19   served and filed on or before January 26, 2009.

20       IT IS FURTHER ORDERED that Respondent's reply to Petitioner's Objections to

21   Magistrate Judge's Findings and Recommendation be served and filed within 10 court days

22   after service of the objections.

23   IT IS SO ORDERED.

24   **Dated:    January 8, 2009**              /s/ John M. Dixon
                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28