IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CRUZ MARTINEZ,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN L.E.. SCRIBNER<br><br>  Respondent. | 1:06-CV-00656 AWI JMD HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #22) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On January 29, 2009, Petitioner filed a motion to extend time to file objections to the findings and recommendation and further requesting a copy of the findings. The Court notes that Petitioner is represented by counsel, and is no longer *pro per*. Consequently, all documents pertinent to this case have been served on Petitioner's counsel. Petitioner's request for a copy of the findings should be directed at his counsel.

The Court further notes that objections were filed on January 26, 2009, by Petitioner's counsel. Thus, Petitioner has failed to present good cause to the court and, IT IS HEREBY ORDERED that Petitioner's motion for an extension of time be DENIED.

IT IS SO ORDERED.

Dated:   February 3, 2009          /s/ John M. Dixon
                                    UNITED STATES MAGISTRATE JUDGE