1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10   FELIX CRUZ MARTINEZ,                    1:06-cv-00656-AWI-JMD (HC)

11          Petitioner,                      ORDER GRANTING MOTION TO PROCEED
                                             IN FORMA PAUPERIS ON APPEAL
12   vs.                                     and
                                             DIRECTING CLERK TO SERVE
13   WARDEN L. E. SCRIBNER,                  THE COURT OF APPEALS

14          Respondent.                      (DOCUMENT #34)

15   _____/

16          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On April 17, 2009, judgment was entered denying the petition for writ of habeas corpus.

19   On July 8, 2009, petitioner filed a notice of appeal, a motion for certificate of appealability and

20   an application to proceed in forma pauperis.  Examination of petitioner's application to proceed

21   in forma pauperis reveals that petitioner is unable to afford the costs of an appeal.  Accordingly,

22   the application to proceed in forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.

23   **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth**

24   **Circuit.**

25

26

27   IT IS SO ORDERED.

28   **Dated:   July 24, 2009**                    /s/ John M. Dixon
                                             UNITED STATES MAGISTRATE JUDGE